PHILLIP A. TALBERT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>REAL PROPERTY LOCATED AT 15999 RIVER ROAD, GUERNEVILLE, CALIFORNIA, SONOMA COUNTY, APN: 070-050-032-000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, AND<br><br>A PROMISSORY NOTE SECURED BY A MORTGAGE DATED JULY 25, 2022, AND RECORDED IN THE COUNTY OF FRESNO, CALIFORNIA ON JULY 28, 2022 IN THE AMOUNT OF $692,500.00, SECURED BY REAL PROPERTY LOCATED AT 2930 LOCAN AVENUE, CLOVIS, CALIFORNIA, APN: 555-250-41,<br><br>  Defendants. | 2:24-CV-00889-TLN-JDP<br><br>PROTECTIVE ORDER |

This matter having come before this Court on the application of the United States of America for entry of a protective order pursuant to 18 U.S.C. § 983(j)(1)(A), which provides courts with jurisdiction to enter restraining orders and take such other action in connection with any property or other interest subject to forfeiture to ensure its availability for forfeiture; and

1

IT APPEARING TO THE COURT THAT:

The United States has filed a civil forfeiture complaint with respect to the *in rem* defendant known as the Promissory Note secured by a mortgage on real property located at 2930 Locan Avenue in Clovis, California.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, PURSUANT TO 18 U.S.C. § 983(j)(1)(A) THAT:

The above-referenced property is hereby restrained in the manner described below.

1. Potential claimants shall not sell, transfer, negotiate, convey or dispose of the above-referenced property specified in this protective order without further order of this Court.
2. Potential claimants shall not grant, convert, or otherwise modify the above-referenced property specified in this protective order without further order of this Court, nor shall potential claimants honor any demands by anyone or any entity to leverage or borrow against the above-referenced property specified in this protective order without further order of this Court.
3. That the potential claimants shall remit all disbursement or remuneration including but not limited to, interest or accounting payments, affiliated with the above-referenced property specified in this protective order payable to the U.S. Department of Treasury and sent to the Internal Revenue Service - Criminal Investigation, 4330 Watt Avenue, M/S 4509, Sacramento, California 95821, Attn: Dawn Penner, AFC.  Any such payments will be deposited into a Treasury suspense account; the IRS will provide an accounting for the funds received as the Court deems appropriate.
4. That the potential claimants shall send copies of all future correspondence pertaining to the above-referenced property specified in this protective order including but not limited to, statements and accounting notices, to the Internal Revenue Service - Criminal Investigation, 4330 Watt Avenue, M/S 4509, Sacramento, California 95821, Attn: Dawn Penner, AFC.

The United States shall notice this Order on all potential claimants to the Promissory Note discussed above, including, but not limited to, those associated with, and members of, Creative Property Holdings LLC, the defendant in the related criminal case and their attorneys, and the owners of the real property located at 2930 Locan Avenue in Clovis, California.

This Court shall retain jurisdiction of this matter for all purposes.  The terms of this order shall remain in full force and effect until judgment is rendered on the civil forfeiture complaint filed with respect to the above-referenced property, or further order of the Court.  In the event a party chooses to modify the terms of the protective order, they can do so only with prior approval of the Court upon notice to the United States and an opportunity for the United States to be heard.

SO ORDERED this 26th day of March 2024.

_____
TROY L. NUNLEY
United States District Judge