PHILLIP A. TALBERT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

Attorneys for the United States

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:24-CV-00889-TLN-JDP |
| Plaintiff, | |
| v. | PROTECTIVE ORDER |
| REAL PROPERTY LOCATED AT 15999 RIVER ROAD, GUERNEVILLE, CALIFORNIA, SONOMA COUNTY, APN: 070-050-032-000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, AND | |
| A PROMISSORY NOTE SECURED BY A MORTGAGE DATED JULY 25, 2022, AND RECORDED IN THE COUNTY OF FRESNO, CALIFORNIA ON JULY 28, 2022 IN THE AMOUNT OF $692,500.00, SECURED BY REAL PROPERTY LOCATED AT 2930 LOCAN AVENUE, CLOVIS, CALIFORNIA, APN: 555-250-41, | |
| Defendants. | |

This matter having come before this Court on the application of the United States of America for entry of a protective order pursuant to 18 U.S.C. § 983(j)(1)(A), which provides courts with jurisdiction to enter restraining orders and take such other action in connection with any property or other interest subject to forfeiture to ensure its availability for forfeiture; and

Protective Order

IT APPEARING TO THE COURT THAT:

The United States has filed a civil forfeiture complaint with respect to the *in rem* defendant known as 15999 River Road, Guerneville, California, Sonoma County, APN: 070-050-032-000.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, PURSUANT TO 18 U.S.C. § 983(j)(1)(A) THAT:

The above-referenced property is hereby restrained in the manners described below.

<u>DEFINITIONS</u>

For purposes of this order, the following definitions shall apply:

1.      "Potential claimants" refers to Matthew Gillum; their successors, assignees, family members officers, agents, servants, employees, and attorneys, and those persons in active concert or participation with them who receive actual notice of this order.

2.      "Defendant Property," or " above-referenced properties" refers to real property located at 15999 River Road, Guerneville, California, Sonoma County, APN: 070-050-032-000.

<u>PROHIBITED ACTIVITIES</u>

IT IS THEREFORE ORDERED that:

1.      Potential claimants shall not sell, transfer, negotiate, convey or dispose of the above-referenced property without further order of this Court.

2.      Potential claimants shall not grant, convert, or otherwise modify the above-referenced properties specified in this protective order without further order of this Court, nor shall potential claimants honor any demands by anyone or any entity to leverage or borrow against the equity interest specified in this protective order without further order of this Court.

3.      Potential claimants shall not alter, modify, destroy, manipulate, or change the buildings, grounds, and river-access and river-adjacent areas at 15999 River Road, Guerneville, California, Sonoma County, APN: 070-050-032-000 without further order of this Court.

4.      Potential claimants shall remit all disbursement or remuneration including but not limited to, rental payments or property tax refunds, affiliated with the above-referenced property specified in this

Protective Order

protective order payable to the U.S. Department of Treasury and sent to the Internal Revenue Service – Criminal Investigation, 4330 Watt Avenue, M/S 4509, Sacramento, California 95821, Attn: Dawn Penner, AFC.  Any such payments will be deposited into a Treasury suspense account; the IRS-CI will provide an accounting for the funds received as the Court deems appropriate.

<u>APPOINTMENT</u>

NESTED LLC is APPOINTED as the property manager of 15999 River Road, Guerneville, California, Sonoma County, APN: 070-050-032-000 as specifically set forth below.

5.      The property manager may access the premises, consult with tenants and vendors, enter into residential leases, and take other reasonable measures to manage the property and inventory.

6.      The property manager may hire and pay vendors, such as landscapers or locksmiths, in order to efficiently manage the property.

7.      The property manager may advertise the apartments, tour potential tenants, open bank and utility accounts, accept security deposits,  and enter into residential leases for the property in order to manage and operate the property.

8.      The property manager must secure insurance and pay all associated taxes and utilities, including City, County, and other local taxes, as well as charges for water, sewer, stormwater, electricity, gas, and any other items that are required for normal operation of the property.  The property manager shall also provide access to any local or state officials necessary to any inquiry about the property.

9.      Any net rental proceeds generated from the River Road Property shall be held by the management company in a separate, segregated bank account and the management company shall provide quarterly balances to the United States.[1]  In addition, the management company shall terminate any existing association to pay rental proceeds to Matthew Gillum or any of his associates.

10.      The property manager shall send copies of all correspondence pertaining to the above-referenced property specified in this protective order including but not limited to, statements and

---

[1] Payable to the U.S. Department of Treasury and sent to the Internal Revenue Service - Criminal Investigation, 4330 Watt Avenue, M/S 4509, Sacramento, California 95821, Attn: Dawn Penner, AFC.  Any such payments will be deposited into a Treasury suspense account.

Protective Order

accounting notices, to the Internal Revenue Service - Criminal Investigation, 4330 Watt Avenue, M/S 4509, Sacramento, California 95821, Attn: Dawn Penner, AFC.

11.    The property manager will ensure the property is in compliance with all federal, state, and local laws and ordinances in all respects, including the property's operation and renting and interviewing potential tenants.

The United States shall notice this Order on all potential claimants to the property discussed above, including, but not limited to, those associated with the defendant in the related criminal case and their attorneys.

This Court shall retain jurisdiction of this matter for all purposes.  The terms of this order shall remain in full force and effect until judgment is rendered on the civil forfeiture complaint filed with respect to the above-referenced property, or further order of the Court.  In the event a party chooses to modify the terms of the protective order, they can do so only with prior approval of the Court upon notice to the United States and an opportunity for the United States to be heard.

SO ORDERED this 9th day of May 2024.


JUDGE TROY L. NUNLEY
United States District Court Judge

Protective Order